CJA Attorney - Fee Waived (VF)

**Criminal Notice of Appeal - Form A**

RECEIVED
APR 26 2016
U.S.D.C.
W.P.

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:

United States of America v.

Armando Pons

Docket No.: 12 Cr. 719 (CS)
Hon. Cathy Seibel
(District Court Judge)

Notice is hereby given that Armando Pons appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on April 14, 2016.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |✓| trial | | N/A |

Offense occurred after November 1, 1987? Yes |✓| No | | N/A |

Date of sentence: March 10, 2016    N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: April 26, 2016

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Richard D. Willstatter, Green & Willstatter |
| Counsel's Address: | 200 Mamaroneck Avenue, Suite 605 |
| | White Plains, New York 10601 |
| Counsel's Phone: | (914) 948-5656 |
| Assistant U.S. Attorney: | Kathryn Martin |
| AUSA's Address: | 300 Quarropas Street |
| | White Plains, NY 10601 |
| AUSA's Phone: | (914) 993-1963 |

Signature